

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00045-CV

ELIAS RODRIGUEZ                                                                    APPELLANT

V.

VERA KARINA RODRIGUEZ                                                      APPELLEE

------------

### FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 360-601776-16

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "First Amended Agreed Motion Requesting Court to Render Judgment and/or Alternatively Motion to Set Aside Judgments and Remand to Trial Court." It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's judgments without regard to the merits and remand this case to the trial court to render judgment in

---

[1]*See* Tex. R. App. P. 47.4.

accordance with the parties' agreement.  *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, GABRIEL, and KERR, JJ.

DELIVERED:  May 24, 2018